# Exhibit A

**Molly Citarell**

---

**From:** Conneely, Jeanne H. [mailto:JConneely@IMU.com]
**Sent:** Tuesday, June 9, 2020 1:52 PM
**To:** blarow@bostonssc.com
**Cc:** James Comfort <jcomfort@flynnwirkus.com>; Veda Krol <veda@marinesafetyconsultants.com>
**Subject:** Ronald Linhares - authorization
**Importance:** High

Insured: Woods Hole Steamship Authority
Claimant: Ronald Linhares
Date of loss: 1/13/2020
Claim: 0AB

Dear Dr. Rand:

Thank you for your letter of May 20, 2020, regarding Ronald Linhares.

On January 13, 2020 Mr. Linhares injured his right knee at work. He reported that his right foot slid back off a step, causing him to hyperextend his right knee. He did not fall to the ground, and did not strike or otherwise injure his left knee. We have interviewed a co-worker who witnessed the loss. He also reports that Mr. Linhares put his right foot on the first step (up) and his foot was only on the edge of the tread. This is why his foot slid off the step. He also observed that Mr. Linhares right knee hyperextended, and that Mr. Linhares reported that he felt a "pop." He has confirmed that Mr. Linhares did not fall to the ground and did not strike his left knee or injure his left knee.

In the months since the loss several other description of the mechanics of the injury have been offered, but we believe they are inaccurate. Accordingly, we will continue to accept the claim for his right knee. If Mr. Linhares needs treatment for his left knee it should be processed through his health insurance, not his Jones Act claim.

We trust that you will not provide treatment to Mr. Linhares for his right knee unless the injury is consistent with a hyperextension as the cause. Any treatment occasioned by his prior knee problems/injuries is not part of his Jones Act claim. In keeping with this, we authorize an MRI of the right knee only.

Please feel free to contact me to discuss this matter further if you wish.

Very truly yours,

**Jeanne Heapes Conneely, Claims Examiner**| tel: 617 725 6282 | fax: 866 638 6458
My mobile business card | imu.com | **International Marine Underwriters**



As we remain fully committed to serving our policyholders, **we strongly encourage you to communicate using email whenever possible.** Our employees are currently working from home, so **please refrain from communicating by physical mail or courier unless you have no alternative**. All of us at OneBeacon extend our hope for the swift containment of COVID-19. Thank you.


Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.