# Exhibit B

LINHARES, RONALD M (id ████, dob: ████ 1966)



**Boston Sports & Shoulder Center**

**Patient:** Linhares, Ronald M
**DOB:** ██/1966
**Address:** 71 Potter Street
Dartmouth, MA 02748

**Date:** 05/20/2020
**Patient ID:** ████

Date: 05/20/2020
RE: Ronald Linhares ,
Claim # 20-2014
DOI - 1/13/20

To Whom It May Concern:

This is a 54-year-old male who presented to our office most recently on 04/16/2020, at which time an MRI was ordered of his left knee. His issues with the left knee stem from being on a ferry boat as a crew member. He does have a history on both knees of prior arthroscopies, left in 2016 and right in 2017. However, going into his event on the boat he had no pain within the knees.

Suffice it to say that I do feel his current symptoms are as a result of his work-related injury. Certainly he has underlying osteoarthritis in the knees and I did discuss this with the patient at his last visit. I do not necessarily feel that the arthritis is a cause of the recent trauma, however, certainly his pain is a result of the recent event while working on the Martha Vineyard's Ferry for the Steamship Authority on January 13, 2020.

It is my hope that the imaging will be approved and we will see the patient back for further review.

Sincerely,

Electronically Signed by: JASON RAND, PA, PASUP

**LINHARES, RONALD M (id _____, dob: ⬛⬛ 1966)**



40 ALLIED DRIVE, SUITE 102, DEDHAM, MA 02026
840 WINTER STREET, WALTHAM, MA 02451

TEL 617. 264.1100    FAX 617. 264.1101
TEL 781. 890.2133    FAX 781. 890.2177